FILED
August 22, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002870922

Bradford Hodach, CA State Bar #257011
LAW OFFICES OF BRADFORD HODACH
1212 Broadway, #706
Oakland, CA 94612
Tel: (510) 444-7250
bradhodachlaw@yahoo.com

Attorney for Debtors
Alex Castillo
Susan Castillo

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| ALEX CASTILLO AND SUSAN CASTILLO,<br><br>Debtors. | ) CASE NUMBER: 10-35030<br>) DC No.: BJH-02<br>)<br>)<br>) DATE: October 12, 2010<br>) TIME: 2:00 PM<br>) COURTROOM: 33, 6th Floor<br>) 501 I Street<br>) Sacramento, CA<br>)<br>) HON. RONALD SARGIS |

## MOTION TO CONFIRM CHAPTER 13 PLAN

ALEX CASTILLO and SUSAN CASTILLO, debtors herein, move this Court for an order confirming their Chapter 13 plan as follows:

    The debtors filed their Chapter 13 petition on June 8, 2010. The Plan was filed on June 22, 2010.

    The plan utilizes the form chapter 13 plan required by General Order 05-03.

Wherefore, the debtors request that the Court confirm their Chapter 13 Plan.

Dated: August 22, 2010        THE LAW OFFICES OF BRADFORD HODACH

                                        /s/Bradford Hodach
                                        BRADFORD HODACH
                                        Attorney for Debtors