**LAW OFFICES OF BRADFORD HODACH**
BRADFORD HODACH SBN 257011
1212 Broadway #706
Oakland, CA 94612
510-444-7250

Attorney for Debtor
Alex Castillo
Susan Castillo

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ALEX CASTILLO,<br>SUSAN CASTILLO,<br><br>DEBTORS.<br><br>_____/ | CASE NO. 10-35030-E-13L<br>DC No. BJH-3<br><br>CHAPTER 13<br><br>**MOTION TO VALUE COLLATERAL AND AVOID LIEN OF CREDITOR NATIONWIDE ASSETS LLC (SUCCESSOR IN INTEREST TO GREENPOINT MORTGAGE FUNDING, INC.) ON REAL PROPERTY**<br><br>HEARING<br>DATE:  December 21, 2010<br>TIME:   2:00 p.m.<br>501 I street, Sixth Floor.<br>Sacramento, California<br><br>COURTROOM 33 - Judge Ronald Sargis |

NOTICE IS HEREBY GIVEN that the Debtor has filed a **MOTION TO VALUE COLLATERAL AND AVOID LIEN OF CREDITOR NATIONWIDE ASSETS LLC (SUCCESSOR IN INTEREST TO GREENPOINT MORTGAGE FUNDING, INC.) ON REAL PROPERTY**. This Notice is being given pursuant to Local Bankruptcy Rule 9014-1(f)(1).

     Opposing this motion.  Opposition, if any, to the granting of the motion shall be in writing and shall be filed with the Court and served on each of the parties set forth at the bottom of this paragraph by the responding party at least fourteen (14) calendar days preceding the date or continued date of the hearing. Opposition shall be accompanied by evidence establishing its factual allegations.  The opposition shall specify whether the responding party consents to the Court's resolution of disputed material factual issues pursuant to Federal Rule of Civil Procedure 43(e).  If the responding party does not so consent, the opposition shall enumerate discretely each of the disputed material factual issues and cite the particular portions of the record

FILED
November 03, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003049732

demonstrating that a factual issue is both material and in dispute. Failure to file the separate statement shall be construed as consent to resolution of the motion and all disputed material factual issues pursuant to Federal Rule of Civil Procedure 43(e). Without good cause, no party shall be heard in opposition to a motion at oral argument if written opposition to the motion has not been timely filed. Failure of the responding party to timely file written opposition may be deemed a waiver of any opposition to the granting of the motion or may result in the imposition of sanctions. If you file opposition to this motion it must be served on each of the following:
    (a) Bradford Hodach, 1212 Broadway #706, Oakland, CA 94612.
    (b) U.S. Trustee, 501 I Street, Suite 7-500 Sacramento, CA 95814
    (c) Each and every other person and/or entity listed on the Certificate of Service filed and served with this notice.
    (d) Each and every other person and/or entity entitled by law to notice.
    The hearing on the motion. Unless the assigned judge determines that the resolution of the motion does not require oral argument, he or she may hear appropriate and reasonable oral argument. Parties can ascertain which matters are resolved without oral argument and can view tentative rulings by checking the Court's internet site at www.caeb.uscourts.gov after 4:00 p.m. the day before the hearing. If the Court chooses to entertain oral argument, a party that has filed written opposition and that wishes to present oral argument on the issues raised by this motion must himself or herself, or through counsel, appear personally or by telephone at the date, time, and place herein described. Telephonic appearances may be arranged by Court Conference ((866) 582-6878). Telephonic appearances are subject to specified terms and conditions, which may be obtained from Court Conference or from the court's website at www.caeb.uscourts.gov.

Dated: 11/1/2010

                                                                                           /s/Bradford Hodach
                                                                                        Bradford Hodach
                                                                                        Attorney for Debtors